No. 8635.

'THE STATE, EX REL. TRAVELLERS INSURANCE COMPANY, *v.*
PARKINSON ET AL.

From the Newton Circuit Court.

*A. Walcott, F. H. Levering, D. V. Burns* and *C. S. Denny,* for appellant.

*S. P. Thompson, T. Thompson, B. Harrison, C. C. Hines* and *W. H. H. Mil-*
*.ler,* for appellees.

ELLIOTT, J.—Affirmed on the authority of *State, ex rel.,* v. *Harris, ante*
·p. 363.

---

No. 9660.

'THE JEFFERSONVILLE, MADISON AND INDIANAPOLIS RAIL-
ROAD COMPANY ET AL. *v.* BARBOUR ET AL.

From the Bartholomew Circuit Court.

*S. Stansifer* and *W. D. Stansifer,* for appellants.

*J. B. Reeves* and *N. R. Keyes,* for appellees.

HAMMOND, J.—This action is between the same parties, and in all es-
.sential respects is the same, as *Jeffersonville, etc., R. R. Co.* v. *Barbour, ante,* p.
375, and upon the authority of the decision in that case the judgment of the court below is reversed, with instructions to sustain the appellants' de-
murrer to the complaint, and to overrule the appellees' demurrer to the
.appellants' counter-claim.